IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| MERCHANTS NATIONAL BONDING, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>ROCKY MOUNTAIN CONCRETE INC.; JOHANNES CHRISTIAN CUSSONS, SR.; ROCKY MOUNTAIN ASPHALT LLC; DILLON PALCZEWSKI; AASTE PALCZEWSKI; GALLATIN GRAVEL CO., LLC; and AMIE-LO CUSSONS;<br><br>Defendants. | Cause No.: CV-26-09-BU-BMM<br><br>DEFAULT JUDGMENT |

Plaintiff Merchants National Bonding, Inc. ("Plaintiff") moves for default judgment against Defendants Aaste Palczewski ("Aaste") and Rocky Mountain Concrete, Inc. ("RMCI") pursuant to Rule 55, Fed. R. Civ. P., for the sum certain total of $2,407,166.11. (Doc. 38.)

Plaintiff filed the Amended Complaint in this matter on January 29, 2026. (Doc. 1.) Aaste was timely served on May 13, 2026. (Doc. 20.) RMCI was timely served on the same day. (Doc. 18.) Other Defendants timely answered the

Amended Complaint (Docs. 5, 11) or filed a notice of bankruptcy (Doc. 32). Plaintiff filed proof of service as to Aaste and RMCI on June 3, 2026. (Docs. 30, 31.) Neither Aaste nor RMCI have filed answers to the Amended Complaint, nor have they otherwise appeared in this matter.

Judgment is hereby entered declaring that Defendants Aaste and RMCI failed to file answers or otherwise appear in this matter. Plaintiff requested entry of default against Aaste and RMCI on July 16, 2026. (Doc. 33.) The Clerk of Court further entered default against Aaste and RMCI on July 16, 2026. (Docs. 34, 35.)

Plaintiff alleges in its Amended Complaint that Aaste and RMCI and other Defendants failed to perform their obligations under Indemnity Agreements. (Doc. 1.) Plaintiff provided RMCI with payment and performance bonds in connection with RMCI's performance of construction and concrete services. In return, Aaste, RMCI, and the other Defendants agreed to indemnify and hold Merchants harmless against any and all losses, liability, damages, costs, fees, and expenses that Merchants incurred in connection with the bonds.

Judgment is hereby entered awarding recovery of all breach of contract damages, attorney fees, and costs that Plaintiff incurred in pursuing this litigation against Aaste and RMCI in the underlying action, as prayed for and as established by the offered affidavits in the amount of $2,407,166.11.

DATED this 6th day of October, 2026.

Brian Morris, Chief District Judge
United States District Court